ENOCH RUTZLER, Respondent, *v.* GEORGE A. FULLER COMPANY, Appellant.

*Rutzler* v. *Fuller Co.*, 120 App. Div. 893, affirmed.
(Argued October 12, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1907, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover on contract.

*Watson B. Robinson* and *Richard G. Babbage* for appellant.

*Frederick Hulse* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.